FEIBER REALTY CORPORATION, and ELSA RAYNER SELIG, as Executrix of the Last Will and Testament of ARTHUR L. SELIG, Deceased, Appellants, v. EDWARD C. ABEL, Respondent, and Others, Defendants. (Action No. 1.)— Motion for leave to appeal to the Court of Appeals granted. The questions certified are: 1. Does section 1083-a of the Civil Practice Act, by its terms, apply to the facts at bar? 2. If section 1083-a of the Civil Practice Act, by its terms, applies to the facts at bar, is the same constitutional as to the facts at bar? Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ. [See 240 App. Div. 985.]

JEANETTE GRUSCHAW, Appellant, v. THE COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

PAULINE HEPWORTH, an Infant, under the Age of Fourteen Years, by JOHN HEPWORTH, Her Guardian ad Litem, and JOHN HEPWORTH, Respondents, v. LUDWIG-BAUMANN & COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of RAFFAEL DI NAPLES, an Attorney and Counselor at Law.— Motion denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

In the Matter of the Final Judicial Settlement of the Account of Proceedings of ELSIE M. HORST, as Executrix, etc., of WILLIAM P. R. HORST, Deceased, Respondent. MARJORIE L. HORST, an Infant, by JOHN KINDRED GILLETTE, Her Special Guardian, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ. [See 240 App. Div. 982.]

HYMAN NELSON, Respondent, v. BENJAMIN HIRSCH and Others, Defendants, and BENJAMIN PURITZ, Appellant. (Consolidated Appeals.) — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Question to be certified. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ. Settle order on notice. [See 240 App. Div. 983.]

JOHN O. NELSON, Relator, for a Mandamus Order against Hon. EDWARD J. BYRNE, a Justice of the Supreme Court, etc., Respondent.— Motion denied. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

KENNETH ROACHE, Infant, by EMILY ROACHE, His Guardian ad Litem, and WILLIAM A. ROACHE, Respondents, v. BROOKLYN BOROUGH GAS COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

DOUGLAS O. ROBERTSON, Suing for Himself as Stockholder, and All Other Stockholders of MARINE TRANSIT CORPORATION in Like Situation, etc., Respondent, v. JOHN D. SCHOONMAKER and Others, Appellants, and Another, Defendant.— No. 54. Motion to resettle order of November 27, 1933, denied. No. 55. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

PEARL ANN SLAGLE, Respondent, v. SAMUEL J. BURDEN, Sheriff of the County